No. 76–1484. ZURCHER, CHIEF OF POLICE OF PALO ALTO, ET AL. *v.* STANFORD DAILY ET AL.; and

No. 76–1600. BERGNA, DISTRICT ATTORNEY OF SANTA CLARA COUNTY, ET AL. *v.* STANFORD DAILY ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 816.] Motion of petitioners for additional time for oral argument denied. Alternative request for divided argument granted.

No. 76–1608. MICHIGAN *v.* TYLER ET AL. Sup. Ct. Mich. [Certiorari granted, *ante,* p. 814.] Motion of L. Brooks Patterson, Esquire, to permit Jeffrey Butler, Esquire, to present oral argument *pro hac vice* on behalf of petitioner granted.

No. 76–1660. HUTTO ET AL. *v.* FINNEY ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 901.] Motion of petitioners to dispense with printing appendix granted.